B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

__Middle__ District Of __Pennsylvania__

In re __Donald F. Check and Linda Lee Check__,   Case No. __21-10665-JCM__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MidFirst Bank | Wells Fargo Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  MidFirst Bank, Bankruptcy Department
  999 NW Grand Boulevard, #110
  Oklahoma City, OK 73118-6077

Phone: __800-654-4566__
Last Four Digits of Acct #: __1557__

Name and Address where transferee payments should be sent (if different from above):
  MidFirst Bank, Bankruptcy Payments
  999 NW Grand Boulevard, #110
  Oklahoma City, OK 73118-6077

Phone: __800-654-4566__
Last Four Digits of Acct #: __1557__

Court Claim # (if known):  5-1
Amount of Claim:   $52,514.31
Date Claim Filed:   12/30/2021

Phone: __800-274-7025__
Last Four Digits of Acct. #: __2999__

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Wanda D. Murray__   Date: __07/14/2023__
       Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.