**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Donald F. Check<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−7238<br>EIN   __−_____ |
| Debtor 2<br>(Spouse, if filing) | Linda Lee Check<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−5556<br>EIN   __−_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 21−10665−JCM | |

## Order of Discharge                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Donald F. Check                                  Linda Lee Check

   <u>2/10/25</u>                                   **By the court:** <u>John C Melaragno</u>
                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:            Case No. 21-10665-JCM

Donald F. Check          Chapter 13

Linda Lee Check

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 5
Date Rcvd: Feb 10, 2025      Form ID: 3180W      Total Noticed: 68

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald F. Check, Linda Lee Check, 7858 Franklin Pike, Meadville, PA 16335-9134 |
| cr | + | Mercer County State Bank, c/o Shafer Law Firm, 890 MARKET ST, MEADVILLE, PA 16335, UNITED STATES 16335-3318 |
| 15435714 | + | CLC, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 15435710 | + | Ces/clctrust, Attn: Bankruptcy, Po Box 7051, Utica, NY 13504-7051 |
| 15435715 | + | Club Exploria Llc, 4150 N. Drinkwater Blvd, Scottsdale, AZ 85251-3611 |
| 15435726 | | Fedloan, Attn: Bankruptcy, P.O. Box 790234, Louis, MO 63179-0234 |
| 15498605 | + | Festiva Orlando Resort Owners Assoc. Inc, PO Box 3139, Asheville, NC 28802-3139 |
| 15498607 | + | Festiva Orlando Resort Owners Assoc. Inc, 7503 Atlantis Way, Celebration, FL 34747-2602 |
| 15498606 | | Festiva Orlando Resort Owners Assoc. Inc, PO Box 630578, Cincinnati, OH 45263-0578 |
| 15435729 | + | Innovative Recovery, INC, Attn: Bankruptcy Dept, 4230 Lbj Freeway Suite 400, Dallas, TX 75244-5806 |
| 15442565 | + | LBD Inc., 2410 Townley Street, Santa Ana, CA 92706-1349 |
| 15435731 | | Mercer County State Ba, 3279 S. Main Street, Sandy Lake, PA 16145 |
| 15446849 | + | Mercer County State Bank, c/o Shafer Law Firm, 890 Market St., MEADVILLE, PA 16335-3318 |
| 15442566 | + | Patenaude & Felix, A.P.C., 4545 Murphy Canyon Road, 3rd Floor, San Diego, CA 92123-4363 |
| 15440534 | + | The ONE Federal Credit Union, c/o Aaron Hefner, Collections Officer, 280 North Street, P.O. Box 639, Saegertown, PA 16433-0639 |
| 15435741 | + | Walnut Crossings, 4175 Ivanhoe Drive, Monroeville, PA 15146-2644 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 11 2025 04:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 10 2025 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 11 2025 04:40:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 10 2025 23:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Feb 11 2025 04:40:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ahefner@onefcu.com | Feb 10 2025 23:53:00 | One Federal Credit Union, f/k/a Meadville Area Fed, 300 Arch Street, Meadville, PA 16335-3217 |
| cr | + | EDI: PRA.COM | | |

| District/off: 0315-1 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Feb 10, 2025 | Form ID: 3180W | Total Noticed: 68 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 11 2025 04:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15435703 | + | Email/Text: bncnotifications@pheaa.org | Feb 10 2025 23:52:00 | AES, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15435704 | + | Email/Text: bncnotifications@pheaa.org | Feb 10 2025 23:52:00 | AES/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15444742 | + | EDI: AISACG.COM | Feb 11 2025 04:40:00 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15435705 | + | EDI: GMACFS.COM | Feb 11 2025 04:40:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15444504 | | Email/PDF: bncnotices@becket-lee.com | Feb 11 2025 00:51:23 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15435706 | + | Email/PDF: bncnotices@becket-lee.com | Feb 11 2025 00:50:02 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15435707 | | EDI: BANKAMER | Feb 11 2025 04:40:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15435709 | + | EDI: CAPITALONE.COM | Feb 11 2025 04:40:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15435712 | + | EDI: CITICORP | Feb 11 2025 04:40:00 | Citibank/Sears, Citicorp Srvs/Centralized Bk Dept, Po Box 790034, St. Louis, MO 63179-0034 |
| 15435713 | + | EDI: CITICORP | Feb 11 2025 04:40:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15435716 | + | EDI: WFNNB.COM | Feb 11 2025 04:40:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 15435717 | + | EDI: WFNNB.COM | Feb 11 2025 04:40:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15435718 | + | EDI: WFNNB.COM | Feb 11 2025 04:40:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15435719 | + | EDI: WFNNB.COM | Feb 11 2025 04:40:00 | Comenity Bank/Fashion Bug, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15435720 | + | EDI: WFNNB.COM | Feb 11 2025 04:40:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15435721 | + | EDI: WFNNB.COM | Feb 11 2025 04:40:00 | Comenity Bank/Westgate, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15435722 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 11 2025 00:21:29 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15437314 | | EDI: DISCOVER | Feb 11 2025 04:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15435723 | + | EDI: DISCOVER | Feb 11 2025 04:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15435724 | + | EDI: DISCOVERSL.COM | Feb 11 2025 04:40:00 | Discover Student Loans, Attn: Bankruptcy, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 15435725 | ^ | MEBN | Feb 10 2025 23:49:48 | Equiant/Thousand Trails, Attn: Bankruptcy, 500 N Juniper Dr, Ste 100, Chandler, AZ 85226-2525 |
| 15435727 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 10 2025 23:52:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15435728 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 10 2025 23:53:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 15435711 | | EDI: JPMORGANCHASE | Feb 11 2025 04:40:00 | Chase Card Services, Attn: Bankruptcy, Po Box |

Case 21-10665-JCM   Doc 86   Filed 02/12/25   Entered 02/13/25 00:31:01   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0315-1 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 10, 2025 | Form ID: 3180W | Total Noticed: 68 |

| | | | | |
|---|---|---|---|---|
| | | | | 15298, Wilmington, DE 19850 |
| 15446091 | + | Email/Text: RASEBN@raslg.com | Feb 10 2025 23:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15438756 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2025 00:07:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15435730 | + | Email/Text: ahefner@onefcu.com | Feb 10 2025 23:53:00 | Meadville Area Federal Credit Union, 300 Arch Street, Meadville, PA 16335-3217 |
| 15619121 | + | EDI: AISMIDFIRST | Feb 11 2025 04:40:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15435732 | + | Email/PDF: bankruptcy_prod@navient.com | Feb 11 2025 00:21:16 | Navient/Sallie Mae, Attn: Bankruptcy, Po Box 9500, Wiles-Barr, PA 18773-9500 |
| 15435733 | + | Email/Text: angela.abreu@northwest.com | Feb 10 2025 23:51:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15435734 | + | Email/Text: ahefner@onefcu.com | Feb 10 2025 23:53:00 | One Federal Credit Union, 300 Arch Street, Meadville, PA 16335-3217 |
| 15435708 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 10 2025 23:52:00 | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 15435735 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2025 00:07:46 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15435736 | + | Email/PDF: bankruptcy_prod@navient.com | Feb 11 2025 00:07:07 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15452671 | + | EDI: AISACG.COM | Feb 11 2025 04:40:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15442567 | + | EDI: SYNC | Feb 11 2025 04:40:00 | Synchrony Bank, 200 Crossing Boulevard, Suite 101, Bridgewater, NJ 08807-2876 |
| 15435913 | ^ | MEBN | Feb 10 2025 23:50:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15435737 | + | EDI: SYNC | Feb 11 2025 04:40:00 | Synchrony Bank/Home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15435738 | + | EDI: SYNC | Feb 11 2025 04:40:00 | Synchrony Bank/JCP, PO Box 965007, Orlando, FL 32896-5007 |
| 15435739 | + | EDI: SYNC | Feb 11 2025 04:40:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15438286 | + | EDI: TCISOLUTIONS.COM | Feb 11 2025 04:40:00 | THE BANK OF MISSOURI, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |
| 15435740 | + | EDI: TCISOLUTIONS.COM | Feb 11 2025 04:40:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, P.O. Box 85710, Sioux Falls, SD 57118-5710 |
| 15444069 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 10 2025 23:53:00 | U.S. Department of Education c/o Nelnet, 121 S 13th Street, Lincoln, NE 68508-1904 |
| 15468137 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 11 2025 01:56:45 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107 |
| 15435743 | | Email/Text: bankruptcy_notices@wgresorts.com | Feb 10 2025 23:52:00 | Westgate Resorts Ltd, Attn: Bankruptcy, 5601 Windhover Drive, Orlando, FL 32819 |
| 15443150 | + | EDI: WFFC2 | Feb 11 2025 04:40:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

| District/off: 0315-1 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 10, 2025 | Form ID: 3180W | Total Noticed: 68 |

| 15435742 | | EDI: WFFC2 | | |
|---|---|---|---|---|
| | | | Feb 11 2025 04:40:00 | Wells Fargo Home Mortgage, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 54

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | WELLS FARGO BANK, N.A. |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15444505 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15442564 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor MidFirst Bank blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Daniel P. Foster | on behalf of Joint Debtor Linda Lee Check dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Donald F. Check dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| John C. Swick | on behalf of Creditor Mercer County State Bank jswick@shaferlaw.com  bfeleppa@shaferlaw.com |
| Nicholas R. Pagliari | on behalf of Creditor One Federal Credit Union  f/k/a Meadville Area Federal Credit Union npagliari@mijb.com, sburick@mijb.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1 User: auto Page 5 of 5
Date Rcvd: Feb 10, 2025 Form ID: 3180W Total Noticed: 68
TOTAL: 8