# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DONALD F. CHECK
LINDA LEE CHECK
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:21-10665

Chapter 13

Document No.: 66

## ORDER OF COURT

AND NOW, this \_\_\_10th\_\_\_ day of \_\_\_February\_\_\_, 20 25, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
John C. Melaragno, Judge jlm
United States Bankruptcy Court

SIGNED
2/10/25 1:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10665-JCM |
| Donald F. Check | Chapter 13 |
| Linda Lee Check | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 10, 2025 | Form ID: pdf900 | Total Noticed: 66 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald F. Check, Linda Lee Check, 7858 Franklin Pike, Meadville, PA 16335-9134 |
| cr | + | Mercer County State Bank, c/o Shafer Law Firm, 890 MARKET ST, MEADVILLE, PA 16335, UNITED STATES 16335-3318 |
| 15435714 | + | CLC, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 15435710 | + | Ces/clctrust, Attn: Bankruptcy, Po Box 7051, Utica, NY 13504-7051 |
| 15435715 | + | Club Exploria Llc, 4150 N. Drinkwater Blvd, Scottsdale, AZ 85251-3611 |
| 15435726 | | Fedloan, Attn: Bankruptcy, P.O. Box 790234, Louis, MO 63179-0234 |
| 15498605 | + | Festiva Orlando Resort Owners Assoc. Inc, PO Box 3139, Asheville, NC 28802-3139 |
| 15498607 | + | Festiva Orlando Resort Owners Assoc. Inc, 7503 Atlantis Way, Celebration, FL 34747-2602 |
| 15498606 | | Festiva Orlando Resort Owners Assoc. Inc, PO Box 630578, Cincinnati, OH 45263-0578 |
| 15435729 | + | Innovative Recovery, INC, Attn: Bankruptcy Dept, 4230 Lbj Freeway Suite 400, Dallas, TX 75244-5806 |
| 15442565 | + | LBD Inc., 2410 Townley Street, Santa Ana, CA 92706-1349 |
| 15435731 | | Mercer County State Ba, 3279 S. Main Street, Sandy Lake, PA 16145 |
| 15446849 | + | Mercer County State Bank, c/o Shafer Law Firm, 890 Market St., MEADVILLE, PA 16335-3318 |
| 15442566 | + | Patenaude & Felix, A.P.C., 4545 Murphy Canyon Road, 3rd Floor, San Diego, CA 92123-4363 |
| 15440534 | + | The ONE Federal Credit Union, c/o Aaron Hefner, Collections Officer, 280 North Street, P.O. Box 639, Saegertown, PA 16433-0639 |
| 15435741 | + | Walnut Crossings, 4175 Ivanhoe Drive, Monroeville, PA 15146-2644 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 11 2025 00:07:47 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ahefner@onefcu.com | Feb 10 2025 23:53:00 | One Federal Credit Union, f/k/a Meadville Area Fed, 300 Arch Street, Meadville, PA 16335-3217 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2025 00:50:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15435703 | + | Email/Text: bncnotifications@pheaa.org | Feb 10 2025 23:52:00 | AES, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15435704 | + | Email/Text: bncnotifications@pheaa.org | Feb 10 2025 23:52:00 | AES/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15444742 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 11 2025 00:21:42 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15435705 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 10 2025 23:51:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15444504 | | Email/PDF: bncnotices@becket-lee.com | Feb 11 2025 00:21:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 21-10665-JCM    Doc 87    Filed 02/12/25    Entered 02/13/25 00:31:01    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2025 | Form ID: pdf900 | Total Noticed: 66 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 15435706 | + | Email/PDF: bncnotices@becket-lee.com | Feb 11 2025 00:21:44 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15435707 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 10 2025 23:51:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15435709 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 11 2025 01:16:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15435712 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2025 00:21:27 | Citibank/Sears, Citicorp Srvs/Centralized Bk Dept, Po Box 790034, St. Louis, MO 63179-0034 |
| 15435713 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2025 00:21:22 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15435716 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2025 23:52:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 15435717 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2025 23:52:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15435718 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2025 23:52:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15435719 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2025 23:52:00 | Comenity Bank/Fashion Bug, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15435720 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2025 23:52:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15435721 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2025 23:52:00 | Comenity Bank/Westgate, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15435722 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 11 2025 01:56:44 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15437314 | | Email/Text: mrdiscen@discover.com | Feb 10 2025 23:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15435723 | + | Email/Text: mrdiscen@discover.com | Feb 10 2025 23:51:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15435724 | + | Email/Text: DSLBKYPRO@discover.com | Feb 10 2025 23:53:00 | Discover Student Loans, Attn: Bankruptcy, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 15435725 | | ^ MEBN | Feb 10 2025 23:49:47 | Equiant/Thousand Trails, Attn: Bankruptcy, 500 N Juniper Dr, Ste 100, Chandler, AZ 85226-2525 |
| 15435727 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 10 2025 23:52:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15435728 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 10 2025 23:53:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 15435711 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 11 2025 00:07:42 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15446091 | + | Email/Text: RASEBN@raslg.com | Feb 10 2025 23:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15438756 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2025 01:56:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15435730 | + | Email/Text: ahefner@onefcu.com | Feb 10 2025 23:53:00 | Meadville Area Federal Credit Union, 300 Arch Street, Meadville, PA 16335-3217 |
| 15619121 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 11 2025 00:50:10 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15435732 | + | Email/PDF: bankruptcy_prod@navient.com | Feb 11 2025 00:33:14 | Navient/Sallie Mae, Attn: Bankruptcy, Po Box 9500, Wiles-Barr, PA 18773-9500 |

Case 21-10665-JCM    Doc 87    Filed 02/12/25    Entered 02/13/25 00:31:01    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2025 | Form ID: pdf900 | Total Noticed: 66 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15435733 | + | Email/Text: angela.abreu@northwest.com | Feb 10 2025 23:51:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15435734 | + | Email/Text: ahefner@onefcu.com | Feb 10 2025 23:53:00 | One Federal Credit Union, 300 Arch Street, Meadville, PA 16335-3217 |
| 15435708 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 10 2025 23:52:00 | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 15435735 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2025 00:06:45 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15435736 | + | Email/PDF: bankruptcy_prod@navient.com | Feb 11 2025 01:56:42 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15452671 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 11 2025 00:32:50 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15442567 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 11 2025 00:49:45 | Synchrony Bank, 200 Crossing Boulevard, Suite 101, Bridgewater, NJ 08807-2876 |
| 15435913 | ^ | MEBN | Feb 10 2025 23:50:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15435737 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 11 2025 01:56:46 | Synchrony Bank/Home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15435738 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 11 2025 00:07:47 | Synchrony Bank/JCP, PO Box 965007, Orlando, FL 32896-5007 |
| 15435739 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 11 2025 00:51:59 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15438286 | + | Email/Text: famc-bk@1stassociates.com | Feb 10 2025 23:53:00 | THE BANK OF MISSOURI, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |
| 15435740 | + | Email/Text: famc-bk@1stassociates.com | Feb 10 2025 23:53:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, P.O. Box 85710, Sioux Falls, SD 57118-5710 |
| 15444069 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 10 2025 23:53:00 | U.S. Department of Education c/o Nelnet, 121 S 13th Street, Lincoln, NE 68508-1904 |
| 15468137 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 11 2025 01:56:45 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107 |
| 15435743 | | Email/Text: bankruptcy_notices@wgresorts.com | Feb 10 2025 23:52:00 | Westgate Resorts Ltd, Attn: Bankruptcy, 5601 Windhover Drive, Orlando, FL 32819 |
| 15443150 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 11 2025 00:21:35 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 15435742 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 11 2025 00:07:07 | Wells Fargo Home Mortgage, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | WELLS FARGO BANK, N.A. |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15444505 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

15442564    *P++    JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2025            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2025 at the address(es) listed below:

**Name** | **Email Address**

Brent J. Lemon
 on behalf of Creditor MidFirst Bank blemon@kmllawgroup.com  lemondropper75@hotmail.com

Daniel P. Foster
 on behalf of Joint Debtor Linda Lee Check dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
 on behalf of Debtor Donald F. Check dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Jill Manuel-Coughlin
 on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

John C. Swick
 on behalf of Creditor Mercer County State Bank jswick@shaferlaw.com  bfeleppa@shaferlaw.com

Nicholas R. Pagliari
 on behalf of Creditor One Federal Credit Union  f/k/a Meadville Area Federal Credit Union npagliari@mijb.com, sburick@mijb.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

TOTAL: 8